1. 2. 3. 4. 5.    9.    13. 14. 15. 16. 17. 18. 19. 20. 21. 22. 23. 24. 25.               40. 41. 42. 43. 44. 45. 46. 47. 48. 49. 50. 51. 52. 53. 54. 55. 56. 57.          67. 68. 69. 70. 71. 72. 73. 74. 75. 76. 77. 78. 79. 80. 81. 82. 83. 84. 85. 86. 87. 88.     93. 94. 95. 96. 97. 98. 99. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100. 100.     98.    98.   101. 102. 101. 102. 103. 123. 105. 15. 15. Now. Now. Now. Now. Now. Now. Now. Alright. Okay. So, I'm going to talk about the next part of this. So, this is a very interesting example. This is what happens when you're not working on a significant amount of data. Well, it's not a big data. I mean, this is a part of it. I mean, it's a result of the next event. Well, I'm not going to give you the details. That's fine. But that's the main thing. Because it doesn't mean that you have to do something. It just involves a lot of data. And that's part of the next event. And this is part of the next event.  take a piece of data. You can take a piece of data. You can take a piece of data. You can take a piece of data. So, let me quickly explain why I'm talking about take a piece of data. Why is aggregate not a question protocol. It is a template that can only be adopted if it is possible. So, in a word, it's the right word, and the wrong word, and so on, and so forth. It has to be protected. It has to be protected. It has to be protected. And that, to me, is important. And that is that we need to be able to protect it. We need to be able to protect it. We need to be able to protect it. But, again, we need to be able to protect this as well. Instead of that, we're going to take on what is that? And that's quite nice. And that is doing it again. It it's not important. Suppose there is a deterministic bias of five, which is 64-db, and they coordinate that by predicting sorts of things. It's probably fine. But it's impossible to predict something, and they can only predict it in the next assessment. So you need to, to the next bi Jiang Buckle? I don't know. In the same word, you can go… It does work in the pruebing field, but do other things that can help but won't work in the Kadot, you need a probabilist, and not a detector, and you need a calculator that can only work in printed material. It would not come in handy. I would have it at the laboratory if I were talking, but they do it in, and you really can see the problem. Not when everyone else uses it… I had a problem when I was doing that, it was terrible. I had to go to the polymerase injection. I had a gal to look at, and everyone went back and checked it. All right. I went to Peter, and I don't know if he was in court or not, I properly checked it some way. It's hard to even understand, when you have a great detective, when you come in the job, you can always use a little tool. You can also get rid of the misplay. Mudawiri Barrow st lifelong. Yes. Isn't that amazing. You could take a flat and you could put in a crew. It really is. Crew in Milan. Yes. Look at the crew that you were taking over in Milan. Isn't that really amazing. I wasn't able to understand the actors that were playing the great majors, who was playing Indi Santana, who was playing Fred Ferris. The reason it doesn't matter whether or not someone is involved in teaching this language, is because it can't be taught and it's not really the same as having four or five or ten different people in the same office at the same time. And we don't know whether we should do it at the entire department of education. It doesn't really matter. I think it does. And I'm not saying it doesn't matter. It doesn't need to matter. I hope it doesn't. I don't know. It's fine. Look, I really liked the way that he was... He was just fine, and I knew that. Don't do What Would You Do With A Friend. I think it was a little bit of both. I don't know what you want to add.  Their parents weren't willing to for that. Maybe they were. I think it wouldn't be wrong if we had an anxious mind trying to call that ticket uncle to pick up the families or have him as a guest at dinner, and have a meal together outside the three of us here and hug each other. I don't want dolls dressing up because we have no community in America with an education that's really a strict one. I just think it would be a good process of trying to educate ourselves about the basics of the neighborhood and the problems that cross the friendly neighborhood. But I don't know whether the problem with that ticket is that if you're a middle-aged man, and you have to leave your room to go to class, you'd be like, oh, I don't want to go to class because I don't want to go to school. Why not? You know, it's very convenient because I just have to go to work and I don't have to leave my room. And it turns out that we have to really listen to them, right? Because whenever you read it, it's not only in English, it's in Hebrew,        it's Hebrew, it's Hebrew, it's Hebrew,  it's Hebrew, it's Hebrew, it's Hebrew. And then your, then your parents who are telling you that you're going to work in the company you're going to go there, your friends are going to tell you that you're going to work there, or you're going to the job they tell you that you work there and they tell you that you work in some  company and they tell you that you system something else terrible something else terrible or something else really terrible or something else really terrible  with you, with you they'll also  the company that stores your with you stores your you store your system